FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    JAN 12 2026    ★

LONG ISLAND OFFICE

RECEIVED
JAN 12 2026
EDNY PRO SE OFFICE

REC'D IN PRO SE OFFICE
JAN 12 '26 PM 12:49

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

JOEL S. SCOTT

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

see ATTACHed

-against-

JEFFREY SHEMIA
AGNES SHEMIA
MAX LAZER

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

**Complaint for Employment
Discrimination**

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial:    ☐ Yes    ☑ No
                (check one)

— defendant rider
page

see Attached - Defendant Rider Page

Galina Samoylovich

Arthur Byrd

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — Joel S Scott

Street Address — 10 Wildwood Gardens

City and County — Apt G1

State and Zip Code — Port Washington, NY 11050

Telephone Number — 347 - 899 - 0795

E-mail Address — nwseog.joel@aol.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name — Jeffrey Shehia

Job or Title (if known) — Chief Executive Officer

Street Address — 1989 Coney Island Ave

City and County — 3rd floor Brooklyn

State and Zip Code — New York 11223

Telephone Number — 718 - 748 - 7447

E-mail Address (if known) —

Defendant No. 2

Name — Agnes Shehia

Job or Title (if known) — Co - Owner

Street Address — 1989 Coney Island Ave

City and County — 3rd floor

2

Defendants

MAX LAZER
Attorney At Law
1989 Coney Island Avenue
3rd Floor
Brooklyn, NY 11223
718 - 748 - 7447

Defendant 4
GALINA Samoylovich
Director of Patient Services
1989 Coney Island Avenue
3rd Floor
Brooklyn, NY 11223
718 - 748 - 7447

Defendant 5

ARThuR ByRD

Executive - COO

1989 Coney Island Avenue
3Rd Floor
Brooklyn, NY 11223
718 - 748 - 7447

State and Zip Code *Brooklyn, New York 11223*

Telephone Number *718 - 748 - 7447*

E-mail Address
(if known)

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s)
is:

Name *Girling Health Care of NY*

Street Address *1986 Coney Island Avenue*

City and County *3rd Floor Brooklyn*

State and Zip Code *New York 11223*

Telephone Number *718 - 748 - 7447*

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that
apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you
must first obtain a Notice of Right to Sue letter from the Equal
Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C.
§§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age
Discrimination in Employment Act, you must first file a charge with the
Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112
to 12117.

*(Note:  In order to bring suit in federal district court under the Americans
with Disabilities Act, you must first obtain a Notice of Right to Sue letter
from the Equal Employment Opportunity Commission.)*

3

☐ Other federal law *(specify the federal law)*:

_____

☐ Relevant state law *(specify, if known)*:

_____

☐ Relevant city or county law *(specify, if known)*:

_____

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☑ Termination of my employment.
☑ Failure to promote me.
☐ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☑ Retaliation.
☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____5 | 13 | 2024_____

4

C.    I believe that defendant(s) *(check one)*:

☐        is/are still committing these acts against me.

☐        is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑  race  BLACK

☑  color  BLACK/BrowN

☐  gender/sex _____

☐  religion _____

☐  national origin _____

☐  age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐  disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

when I applied for the position as a field Nurse I was told that I couldn't get the supervisor position because I needed to be with the company for 1 year. Every time I was supposed to be considered for the supervisory position I was told multiple times there weren't enough Nurses to cover My area in Bayside/Queens. I have seen Many Nurses promoted to diverse positions so I wondered why I was Not able to Be promoted

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

5

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

9/22/2024

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*

12/30/2025    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like to be restored to my position rightfully or a higher position.

I would like to be compensated for being wrongfully terminated

I would like to be compensated for being retaliated and being discriminated against by this company.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1 / 12 , 20 2 6

Signature of Plaintiff — JSScott

Printed Name of Plaintiff   Joel S. Scott

7



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/30/2025

**To:** Joel S. Scott
10 wildwood gardens Apt g1
PORT WASHINGTON, NY 11050
Charge No: 520-2024-08018

EEOC Representative and email:   SILVIA DENG-BATISTA
INVESTIGATOR
SILVIA.DENG-BATISTA@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2024-08018.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
12/30/2025
_____
Arlean Nieto
Acting District Director

**Cc:**
Maya Seidel
Valence Care A Family of Companies
1989 CONEY ISLAND AVE # 2003
Brooklyn, NY 11223

MAx Lafer
Valence Care- A Family of Companies
1989 CONEY ISLAND AVE # 2003
Brooklyn, NY 11223


Please retain this Notice for your records.

Enclosure with EEOC Notice of Closure and Rights (05/25)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method).  You may also submit a

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 520-2024-08018 to the District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 520-2024-08018 to the District Director at Arlean Nieto, 33 Whitehall St 5th Floor, New York, NY 10004.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

EEOC Form 5 (07/24)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 520-2024-08018 |
| New York State Division Of Human Rights | |

---

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Joel S. Scott

Home Phone:     (347) 899-0795

Year of Birth:     1972

Street Address:     10 wildwood gardens Apt g1

PORT WASHINGTON, NY 11050

---

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Girling healthcare

No. Employees, Members: 101 - 200 Employees

Phone No.: (347) 970-2386

Street Address:     2003 Coney island avenue

BROOKLYN, NY 11223

Name:

No. Employees, Members:

Phone No.:

Street Address:

---

DISCRIMINATION BASED ON:

Color, Retaliation

---

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 05/13/2024

Latest: 05/13/2024

---

THE PARTICULARS ARE:

I am a Black Female who worked at the above-mentioned entity since March 14, 2022, as a field nurse until I was terminated on May 13, 2024.

I believe that I was discriminated and retaliated against because of my race, and for filing a complaint against my former employer.

Specifically, when I applied for the position as a field nurse, I already had my master's degree, and I was interested in a supervisory position. I was told that I couldn't get the supervisor position at that time supposedly, because I needed to be in the company a year first. Every time I was supposed be considered for the supervisory position, I was given excuses of why I was not being promoted and I felt like they wanted to keep me in field nurse position although I was promised a promotion within the year. I didn't understand why I was told that I couldn't get the field supervisor position, and some nurses were promoted to other positions in the company. I then found out that, I could've gotten the supervisory position upon start, but that it was determined by one individual not to offer it to me.

My direct supervisor was Ms. Marcia Maddix who is the field director, and when I decided to complain about this matter, I emailed the owner of the entity Mr. Jeff Shemia, and the human resources department at hr@girlingny.com and I had previously complained to my superiors about discrimination. On the first sent email I spoke about the dissatisfaction about being interviewed for a position and being told that I was going to get a supervisory position however, when I went to revisit the position, they gave me a run around and was stringed along. I was also told that they couldn't promote me because they did not have anyone to replace me. I was ultimately terminated because I kept emailing them, and they did not like my emails and I

EEOC Form 5 (07/24)

was told that the reason for my termination was that my emails were inflammatory and inaccurate, so that is why they decided to terminate me from the company. My former employer did not want to give me that role although, they promised it to me, and they did not want my former supervisor to interview me for the same while other nurses were promoted into that position. I know that this was because they are Russian, and since I am not part of her class, Ms. Glaina Samoylovich who oversees all the medical staff and is also Russian, chose not to promote me. Because of everything that I've experienced I am sure that I was discriminated and retaliated against because of my race and color of my skin.

Based on the above, I believe I was discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.


Digitally Signed By: Joel S. Scott

09/22/2024

Charging Party Signature & Date

---

NOTARY – When necessary for State and Local Agency Requirements


I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.


Signature of Complainant

Subscribed and sworn to before me this date: _____

CP Enclosure with EEOC Form 5 (06/24)

## PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (06/24).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so *within 15 days* of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA, Section 207(f) of GINA, and 42 USC 2000gg-2(f)(1) of the PWFA it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.